

ORDERED in the Southern District of Florida on October 22, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                              CASE NO.:  15-22092-LMI
VERARDO LOPEZ                                            Chapter 13
ISABEL RODRIGUEZ
Debtors
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM 1-1, DE #30

**THIS CAUSE** having come before the court on October 6, 2015 upon the Debtors VERARDO LOPEZ and ISABEL RODRIGUEZ'S, Objection to Claim Number 1-1, (D.E. #30), this Court having considered the basis for the objection to the claim as modified in open court, having reviewed the record, and being otherwise duly advised in the premises, it is

**ORDERED** that VERARDO LOPEZ and ISABEL RODRIGUEZ'S, objection to the claim is hereby **SUSTAINED**.

The claim is allowed but reclassified as an wholly unsecured claim in the amount of $2,327.73.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).